UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CESAR PERALTA**<br>  *Plaintiff* | \* <br> \* <br> \* | Docket No. _____ |
| **VERSUS** | \* <br> \* | District Judge: _____ |
| **RACK ROOM SHOES, INC.**<br>  *Defendant* | \* <br> \* <br> \* | Magistrate Judge: _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## Notice of Removal

Defendant, Rack Room Shoes, Inc., through undersigned counsel, file this Notice of Removal under 28 U.S.C. § 1441 and 28 U.S.C. 1446.

## Background

1. Cesar Peralta ("Plaintiff"), named Rack Room Shoes, Inc. as a Defendant in a state court proceeding entitled *Cesar Peralta versus Rack Room Shoes, Inc.* in Civil District Court for the Parish of Orleans, bearing Docket No. 2018-0231, Division E-16.[1] Plaintiff's action commenced on March 1, 2018, and Defendant was served on March 13, 2018.

## Venue

2. Venue is proper because this Court embraces Civil District Court for the Parish of Orleans, State of Louisiana, where Plaintiff filed her original Petition for Damages.

---

[1] Exhibit 1—Petition for Damages.

## Federal Question

3. This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's action constitutes a claim for violation of a federal statute, the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq* ("TCPA").

4. Plaintiff specifically invoked 47 U.S.C. § 227, *et seq*. by alleging that Defendant sent him an automated, unsolicited text message advertisement to his mobile phone without his express written consent.

5. Therefore, Plaintiff's claims arise under federal law.

## Diversity of Citizenship

6. This Court also has original jurisdiction under 28 U.S.C. § 1332(a) because Plaintiffs' action is between the citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### Complete Diversity

7. Upon information and belief, Plaintiff's domicile is the State of Louisiana.

8. Rack Room Shoes, Inc., is a foreign corporation organized under the laws of the State of North Carolina. At the commencement of Plaintiff's action, Rack Room Shoes, Inc.'s principal place of business was—and remains—in North Carolina.

9. As Plaintiff and Defendant are citizens of different states—Louisiana and North Carolina—diversity of citizenship is complete.

### Amount in Controversy

10. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Alleging "thousands of text message advertisements to thousands of consumers[,]" Plaintiff, "seeks for himself and all consumers all statutory damages, including treble,

available under law."[2]

12. Considering Plaintiff's far-reaching allegations, is apparent from the face of the pleadings that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, thereby satisfying the jurisdictional amount under 28 U.S.C. § 1332(a).

## Removal is Timely

13. This Notice of Removal is timely filed under the provisions of 28 U.S.C. §1446(b).

14. Service was made on Rack Room Shoes, Inc. via Corporation Service Company on March 13, 2018.

15. Defendant files this Notice of Removal within thirty days of service.

## Copies of Pleadings Attached

16. Copies of all pleadings and process as contained in the state court record are attached as Exhibit 1.

## Reservation of Rights

17. Rack Room Shoes, Inc. files this Notice of Removal without waiving any objections, exceptions, or defenses to Plaintiff's Petition for Damages.

## Conclusion

18. This matter is properly removed to this Court under 28 U.S. C. § 1441 and 1446.

19. This Court has original jurisdiction per 28 U.S.C. § 1331 because Plaintiff's claims arise under federal law, 47 U.S.C. § 227, *et seq*.

20. This Court has original jurisdiction per 28 U.S.C. §1332 because the parties are completely diverse, and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

---

[2] Exhibit A—Plaintiff's Petition for Damages, ¶¶ X, XIII

21. Rack Room Shoes, Inc. shall give written notice of this filing to counsel of record for Plaintiff and the Clerk of Court at Civil District Court for the Parish of Orleans, State of Louisiana.

Respectfully submitted,

/s/ Matthew F. Morgan
Sidney W. Degan (La. Bar No. 4804)
  sdegan@degan.com
Matthew F. Morgan (La. Bar No. 32966)
  mmorgan@degan.com
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
*Counsel for Defendant,*
*Rack Room Shoes, Inc.*

**Certificate of Service**

The undersigned attorney certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing on April 6, 2018.

/s/ Matthew F. Morgan