

# Notice of Service of Process

WCE / ALL
**Transmittal Number: 17893301**
Date Processed: 03/14/2018

| | |
|---|---|
| **Primary Contact:** | Amy Cisrow-Peterson Esq.<br>Rack Room Shoes<br>8310 Technology Dr<br>Charlotte, NC 28262-3387 |
| **Electronic copy provided to:** | Timothy Nohr<br>Tracey Baker<br>Peter Barr Esq. |
| **Entity:** | Rack Room Shoes, Inc.<br>Entity ID Number 2657068 |
| **Entity Served:** | Rack Room Shoes, Inc. |
| **Title of Action:** | Cesar Peralta vs. Rack Room Shoes, Inc. |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Orleans Parish District Court, Louisiana |
| **Case/Reference No:** | 2018-02031 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 03/13/2018 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | William H. Beaumont<br>504-534-5005 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

ATTORNEY'S NAME: Beaumont, William H 33005
AND ADDRESS: 3801 Canal Street, Suite 207, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-02031 | DIVISION: E | SECTION: 16 |

**PERALTA, CESAR**

Versus

**RACK ROOM SHOES, INC.**

### CITATION

TO:        RACK ROOM SHOES, INC.
THROUGH:   VIA ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY
           501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 2, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by JNai Smothers
JNai Smothers, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of _____ served a copy of the within | On this ___ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON RACK ROOM SHOES, INC. | ON RACK ROOM SHOES, INC. |
| THROUGH: VIA ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY | THROUGH: VIA ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY |
| Returned the same day _____ No. ___ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said RACK ROOM SHOES, INC. being absent from the domicile at time of said service. |
| Deputy Sheriff of ___ | Returned the same day _____ No. ___ |
| Mileage: $ ___ | Deputy Sheriff of ___ |
| ___/ ENTERED /___ | |
| PAPER   RETURN | |
| ___/___/___ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9859605                    Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-02031 
DIVISION "E-16"

CESAR PERALTA

VERSUS

RACK ROOM SHOES, INC.

FILED:_____     _____
                                                                  DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiff, **CESAR PERALTA**, a person of the full age of majority, who respectfully states as follows:

I.

Made defendant herein is:

a. **RACK ROOM SHOES, INC.**, a corporation licensed to do and doing business in the State of Louisiana.

II.

Jurisdiction and venue is proper because the conduct herein sued upon occurred in Orleans Parish, Louisiana.

III.

Defendant is liable to Plaintiff, to wit:

On or about November 22, 2017, plaintiff, **CESAR PERALTA**, received a text message advertisement to his cellular telephone from Defendant.

IV.

This text message advertisement was a solicitation encouraging the Plaintiff to purchase goods from Defendant.

V.

Specifically, the text message encouraged Plaintiff to "come back and take 15% off +BOGO FREE boots in-store & online..."

VI.

Defendant sent Plaintiff numerous other similar text message advertisements.

1

VII.

Plaintiff had not expressly consented in writing prior to receiving any solicitations from Defendant.

VIII.

Defendant's text message advertisements were not addressed to Plaintiff by name, were written in an impersonal manner, and were sent using SMS short code 77550.

IX.

Defendant's text message advertisement were sent with an automated telephone dialing system, i.e. it is capable of making numerous text message calls simultaneously and without human intervention.

X.

Upon information and belief, Defendant's practice of sending text message advertisements to consumers is far-ranging and Defendant has sent thousands of such text message advertisements to thousands of consumers.

XI.

Upon information and belief, Defendant knowingly does not obtain the requisite express written consent from any consumer prior to sending these text message advertisements.

XII.

Plaintiff makes this claim on behalf of all similarly situated consumers who have received Defendant's text message advertisements. The number of similarly situated consumers is so numerous that joinder is impracticable; Plaintiff is an adequate representative and her claims are common and typical of the similarly situated consumers; and collective action treatment of their claims is the superior and appropriate means for resolving their disputes with Defendant.

XIII.

Defendant's actions were violations of 47 U.S.C. § 227, *et seq*, also known as the Telephone Consumer Protection Act. Defendant seeks for himself and all consumers all statutory damages, including treble, available under the law.

XIV.

By sending unauthorized text messages to Plaintiff's phone without consent, Defendant's actions were also violations of La. R.S. 51:1401, *et seq*, also known as the Unfair Trade Practices

2

and Consumer Protection Law. Plaintiff seeks all remedies available under that Law, including damages and attorney's fees.

**WHEREFORE**, the aforesaid premises considered, Plaintiff prays that Defendant, **RACK ROOM SHOES, INC.** be duly served with a copy of this petition and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of Plaintiff and against Defendant herein finding said Defendant liable for the full amount of Plaintiff's and all others' damages, and all costs and attorneys' fees together with legal interest from the date of judicial demand until paid. Plaintiff requests a jury trial.

Respectfully submitted:

/s/ W.H. Beaumont

Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan M. Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*Attorneys for Plaintiff*

**PLEASE SERVE:**

**RACK ROOM SHOES, INC.**
via its registered agent:

Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3