IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CESAR PERALTA, on behalf of himself and other persons similarly situated,<br>        Plaintiff,<br><br>vs.<br><br>RACK ROOM SHOES, INC.<br>        Defendant. | CIVIL ACTION NO. 18-03738<br><br>JUDGE BARRY W. ASHE<br><br>MAG. JUDGE JOSEPH C. WILKINSON |

## MOTION TO ADD PARTY PLAINTIFF

NOW COMES the Plaintiff, Cesar Peralta, who moves the Court to allow his amendment of the complaint to include an additional class representative, Suzanne Adams.

For the reasons detailed in the attached memorandum, the motion should be granted.

Defendant does not oppose this motion.

*Respectfully submitted,*

*/s/ Roberto Luis Costales*
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan Mille Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
*rlc@beaumontcostales.com*
*Attorneys for Plaintiff*

1