IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CESAR PERALTA, on behalf of himself and other persons similarly situated,<br>　　　　Plaintiff,<br><br>vs.<br><br>RACK ROOM SHOES, INC.<br>　　　　Defendant. | CIVIL ACTION NO. 18-03738<br><br>JUDGE BARRY W. ASHE<br><br>MAG. JUDGE JOSEPH C. WILKINSON |

## CONSENT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

NOW COME the parties, Plaintiffs Cesar Peralta and Suzanne Adams and Defendant Rack Room Shoes, Inc., who move the Court for a stay of all proceedings until July 19, 2019 so the parties can confect settlement in a parallel class action case pending in Florida, to wit:

This is a Telephone Consumer Protection Act class action case. It is currently set for trial on March 9, 2020. Expert disclosures are due November 12, 2019 and the discovery cutoff is February 7, 2020. Plaintiff's motion for class certification is due May 21, 2019.

This is one of two TCPA class action case**s** filed against Rack Room. The other is *Goldschmidt v. Rack Room Shoes Inc*., Case No. 18-21220, pending in the Southern District of Florida. Undersigned Plaintiff's counsel is co-counsel in the *Goldschmidt* matter. Because *Goldschmidt* and *Peralta* are both class actions against Rack Room with the same essential facts, undersigned counsel attended a court-ordered mediation of the *Goldschmidt* case in Miami, Florida on May 15, 2019. At that mediation the parties agreed to a class-wide settlement in principle subject to ratification of the terms by the Defendant's parent company. The plaintiff in the *Goldschmidt* case subsequently filed a notice of settlement (Exhibit 1 hereto) requesting until July 19, 2019 to (1) create a notice plan; (2) ascertain the precise number of class members and the

contact information for each; (3) draft settlement approval documents; and (4) obtain ratification of terms of the settlement from Defendant's parent company. The District Court in *Goldschmidt* has, therefore, ordered that the parties shall file a motion for preliminary approval of the class settlement agreement by July 19, 2019 (*see* paperless order at R. Doc. 79, Exhibit 2 hereto).

As a class-wide settlement, the *Goldschmidt* agreement resolves all claims asserted in the *Peralta* matter. Thus, following the filing of a formal preliminary approval motion in *Goldschmidt*, Plaintiffs herein are prepared to dismiss their cases. Based on the foregoing, the parties ask the Court to stay proceedings until the deadline to submit settlement approval in *Goldschmidt*, or July 19, 2019. This will ensure that the parties can focus on pre-approval activities and not waste resources briefing Plaintiff's class certification motion or incurring other litigation-related expenses, such as experts.

Date: May 21, 2019

*Respectfully submitted,*

*/s/ Roberto Luis Costales*
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan Mille Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
*rlc@beaumontcostales.com*
*Attorneys for Plaintiff*

*/s/ Keith A. Kornman*
Sidney W. Degan (La. Bar No. 4804)
Keith A. Kornman (La. Bar No. 23169)
Jena W. Smith (La. Bar. No. 25255)
Matthew F. Morgan (La. Bar No. 32966)
*mmorgan@degan.com*
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
*Counsel for Defendant,*
*Rack Room Shoes, Inc.*