IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CESAR PERALTA, on behalf of himself and
other persons similarly situated,
                    Plaintiff,

vs.

RACK ROOM SHOES, INC.
                    Defendant.

CIVIL ACTION NO. 18-03738

JUDGE BARRY W. ASHE

MAG. JUDGE JOSEPH C. WILKINSON

**ORDER**

Considering the parties' joint motion to stay this case pending the completion of a class-wide settlement agreement in a related case that will resolve all issues pending herein (R. Doc. 40),

IT IS ORDERED that this mattered is STAYED and ADMINISTRATRIVELY CLOSED pending the completion of the settlement in *Goldschmidt v. Rack Room Shoes Inc.*, C/A No. 18-21220 (S.D. Fla.).  On or before July 19, 2019, the parties must inform this Court of the status of the aforementioned settlement.  Thereafter, either party may move to reopen this case if the settlement is not completed.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE